IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



NORTH AMERICAN SPECIALITY )
INSURANCE COMPANY, )
 )
    Plaintiff, )
 )
v. ) Civil Action No. 1:13-cv-151
 )
PERSAUD COMPANIES )
INC., et al. )
 )
    Defendants. )

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated August 30, 2013, in response to Defendant Katherine Baradaran's ("Baradan") motion for entry of default against Defendant Persaud Companies, Inc. ("PCI") with respect to PCI's cross claim against Baradaran. Defendant PCI has not filed an objection, and the time for filing such an objection has lapsed. Based on a de novo review of the evidence in this case, this Court affirms the findings and recommendation of the Magistrate Judge. It is hereby

ORDERED that PCI's cross claim against Baradaran is dismissed with prejudice.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
September 13 , 2013